# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| RICHARD SHELDREW and JUDY SHELDREW,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | Case No.: 3:19-cv-00290-LRH-WGC<br><br>STIPULATION AND ORDER TO EXTEND THE TIME FOR REPLY TO U.S. POSTAL SERVICE'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs RICHARD SHELDREW and JUDY SHELDREW's time to Reply to Defendant UNITED STATES POSTAL SERVICE'S Response to Plaintiffs' Motion for Preliminary Injunction is extended to July 30, 2019.

DATED: July 23, 2019.            LAW OFFICE OF KAREN L. WINTERS


                                 *Karen L. Winters*
                                 KAREN L. WINTERS
                                 Nevada Bar No. 3086
                                 P.O. Box 1987
                                 Minden, Nevada  89423
                                 775-782-7933
                                 Kwinters@nevada-law.us
                                 Attorney for Plaintiffs

DATED: July 23, 2019.

*Greg Addington*
GREG ADDINGTON
Assistant United States Attorney
NICHOLAS A. TRUTANICH
United States Attorney
Bruce R. Thompson U.S. Courthouse 7 Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
(775) 784-5181-facsimile
Greg.Addington@usdoj.gov
Attorney for Defendant

IT IS SO ORDERED, nunc pro tunc.

DATED this 24th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE